LAW OFFICE OF
JAMES J. GENTILE, P.C.
James J. Gentile, ABN 9983
4035 W. Chandler Blvd., Suite 4
CHANDLER, ARIZONA 85226
(480) 961-1906/FAX (480) 705-4425
EMAIL: JJG@AZLAWYER.NET

**IN THE UNITED STATE BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br>Paul E. Dossey<br>Jacquelyn E. Dossey<br><br>Debtor(s). | **In Proceedings Under Chapter 7**<br><br>**Case NO.: 09-14248-JMM**<br><br>**DEBTOR'S OBJECTION TO MOVANT'S MOTION TO LIFT THE AUTOMATIC STAY** |

      The Debtors', Paul E Dossey and Jacquelyn E. Dossey hereby object and respond to movant's "Motion to Lift the Automatic Stay" dated August 17, 2009.

      The debtor's are not in default under the Promissory Note due to a "Stipulated Partial Reinstatement / Repayment Agreement" dated May 13, 2009. Movant has refused to accept debtor's payments under said stipulation.

      Furthermore, debtors believe there is equity in the real property.

      Wherefore, debtors request that the automatic stay be lifted and for such further relief the court deems just.

**RESPECTFULLY SUBMITTED** this1st day of September, 2009.

                                                  /s/009983
                                               James J. Gentile
                                               Attorney for the Debtor

1. Copy mailed this 1st day of September, 2009 to:

US Trustee
230 N 1st Ave
Suite # 204
Phoenix AZ 85003

Gayle Eskay Mills
PO BOX 36317
TUCSON AZ 85740

Tiffany & Bosco
2525 E Camelback Rd
Suite 300
Phoenix AZ 85016

Paul & Jacquelyn E. Dossey
51061 W. Deer Run Road
Maricopa AZ 85239